**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOSHUA OLIVER,

    Plaintiff,

v.                                                                       CV No. 17-1039 JCH/CG

SILVER OAK DRILLING, LLC,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 scheduling conference. Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 8), filed February 6, 2018. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc.11).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE