# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSHUA OLIVER,

    Plaintiff,

v.        CV No. 17-1039 JCH/CG

SILVER OAK DRILLING, LLC,

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**THIS MATTER** is before the Court on Defendant Silver Oak Drilling, LLC's *Unopposed Motion to Withdraw and Notice of Appointment of Substitute Counsel*, (Doc. 14), filed March 30, 2018. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Joel M. Carson III and Christopher A. Lauderman are permitted to withdraw as counsel for Defendant, and Stephen S. Shanor and Chelsea R. Green shall be substituted as attorneys of record for Defendant. All inquiries, correspondence, and pleadings in the above-captioned matter should be directed to:

    Stephen S. Shanor
    Chelsea R. Green
    Hinkle Shanor LLP
    P.O. Box 10
    Roswell, NM 88202
    (575) 622-6510.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE