# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSHUA OLIVER,

    Plaintiff,

v.                                                 CV No. 17-1039 JCH/CG

SILVER OAK DRILLING, LLC,

    Defendant.

## ORDER VACATING STATUS CONFERENCE

**THIS MATTER** is before the Court upon being notified that the case has settled.

**IT IS THEREFORE ORDERED** that the telephonic status conference set for Monday, May 14, 2018, at 2:00 p.m. is hereby **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE